# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0168. CHAD BRAGG v. THE STATE.

After the trial court denied Chad Bragg's motion to suppress evidence seized in this criminal case, Bragg filed a motion for reconsideration, which the trial court denied on March 20, 2024. On March 25, 2024, the trial court issued a certificate of immediate review of its March 20 order. Bragg filed this application for interlocutory appeal on April 5, 2024. We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of the trial court's certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). The statutory requirements for interlocutory review are jurisdictional. *State v. Wheeler*, 310 Ga. 72, 76 (3) (849 SE2d 401) (2020). Because Bragg filed the instant application eleven days after the trial court entered its certificate of immediate review, his application is untimely. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  04/11/2024*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
                                          , Clerk.